JOHN L. BURRIS, ESQ. (SBN 69888)
BENJAMIN NISENBAUM, ESQ. (SBN 222173)
K. CHIKE ODIWE, ESQ. (SBN 315109)
BRANDON YEE, ESQ. (SBN 344583)
BURRIS NISENBAUM CURRY AND LACY,LLP
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@hotmail.com
chike.odiwe@johnburrislaw.com
brandon.yee@johnburrislaw.com

Attorneys for Plaintiff
VICTOR PACHECO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PACHECO, an individual,<br><br>                    Plaintiff,<br>      v.<br><br>CITY OF REDWOOD CITY, a municipal corporation; JARED MCCALL, individually and in his official capacity as a police officer for the Redwood City Police Department; AZIZ OBAIDI, individually and in his official capacity as a police officer for the Redwood City Police Department; ERIC CHAVEZ, individually and in his official capacity as a police officer for the Redwood City Police Department; and DOES 1-25, inclusive, individually, jointly, and severally,<br><br>                    Defendants. | Case No. 4:24-cv-01701-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge Jon S. Tigar |

The parties, acting by and through their attorneys of record, stipulate pursuant to **41(a)(1)(A)** for an Order dismissing the entire action with prejudice each side to bear their own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  July 8, 2024

BURRIS, NISENBAUM, CURRY AND LACY, LLP

By:     */s/ K. Chike Odiwe*
John L. Burris
Ben Nisenbaum
K. Chike Odiwe
Brandon Yee
Attorneys for the Plaintiff

Dated:  July 8, 2024

ORBACH HUFF & HENDERSON LLP

By:    */s/Kevin Gilbert*
KEVIN E. GILBERT
CAROLYN M. AGUILAR
Attorneys for Defendants

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 | **[PROPOSED] ORDER** |
| 7 | Good cause appearing, the stipulation IS SO ORDERED. |
| 8 |   |
| 9 |   |
| 10 | DATED: July 8, 2024 |

_____
HONORABLE JUDGE JON S. TIGAR
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
